## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Raymond E. Byers                                    CHAPTER 13

Debtor(s)

BKY. NO. 20-23076 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich

Maria Miksich
08 Jul 2021, 06:48:14, EDT

Brian C. Nicholas, Esq. (317240)  ☐
Maria D. Miksich, Esq. (319383)  ☑
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com