# PROCEEDING MEMO

**Date: 10/13/2021 01:30 pm**

In re:   Raymond E. Byers

                                                                                                                                 **Bankruptcy No. 20-23076-CMB**
                                                                                                                                 **Chapter: 13**
       **Doc. # 44**

**Appearances: Owen Katz, Maria D. Miksich, Scott R. Lowden**

**Nature of Proceeding: #44 Motion For Relief From The Automatic Stay**

**Additional Pleadings: #49 Response by Debtor**

**Judge's Notes:**
OUTCOME: Continued to 12/15 at 1:30 pm.
-Debtor shall try to get current with this creditor.

                                                      **Carlota Böhm**
                                                      **Chief U.S. Bankruptcy Judge**

                                                            FILED
                                                            10/14/21 9:42 am
                                                            CLERK
                                                            U.S. BANKRUPTCY
                                                           COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-23076-CMB
Raymond E. Byers | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dric  Page 1 of 2
Date Rcvd: Oct 14, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

**Recip ID**  **Recipient Name and Address**
db           + Raymond E. Byers, 109 Dutchtown Road, Herminie, PA 15637-1701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Charles Griffin Wohlrab
            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com

Jennifer L. Cerce
            on behalf of Creditor Norwin School District jlc@mbm-law.net

Maria Miksich
            on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

Scott R. Lowden
            on behalf of Debtor Raymond E. Byers niclowlgl@comcast.net

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: Oct 14, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6