IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

   Raymond E. Byers                      Bankruptcy No. 20-23076 CMB

            Debtor(s)                  Chapter 7

   Raymond E. Byers

                                   Related to Docket No. 53 - 54

            Movant(s)

   No Respondent

            Respondent(s)

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULES AND ORDER**

      I certify under penalty of perjury that I served or caused to be served the above captioned document on the parties at the addresses specified below or on the attached list on (date) <u>October 22, 2021</u>

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class Mail and Electronic Notification</u>.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

Served by Scott R. Lowden, 3948 Monroeville Blvd., Ste 2, Monroeville, PA 15146 (412) 374-7161

EXECUTED ON:  October 22, 2021

                                       Filed by: <u>/s/ Scott R. Lowden</u>
                                                   Scott R. Lowden, Esq.
                                                   PA I.D. 72116
                                                   Nicotero & Lowden Legal Services
                                                   3948 Monroeville Blvd., Ste 2
                                                   Monroeville, PA 15146
                                                   <u>niclowlgl@comcast.net</u>
                                                   (412) 374-7161

Service by NEF:

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.piecf@usdoj.gov

Served via US Postal Service First-class Mail:

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA  15219

US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

*If applicable, Per Rule 7004(h) Service on an insured depository instutuion "shall be mailed by certified mail addressed to an officer of the instutuion unless: (1) the instutuion has appeared by its attorney, in which case the attorney shall be served by first class mail".  The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.