# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond E. Byers<br>　　　　　　　　　　Debtor<br><br>NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>　　　　　　　　　　Movant<br>　vs.<br><br>Raymond E. Byers<br>　　　　　　　　　　Debtor<br><br>Ronda J. Winnecour, Esquire<br>　　　　　　　　　　Trustee | BK NO. 20-23076 CMB<br><br>Chapter 13<br><br>Related to: Document Nos. 44 and 62 |

## ORDER OF COURT

And on this __7th__ day of __December__, 2021, it is hereby ORDERED that the Motion for Relief from Stay filed by **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** on August 30, 2021 (Doc. No. 44), is hereby WITHDRAWN.

By the Court,

*/s/ Carlota M. Böhm*　　glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/7/21 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Raymond E. Byers  
    Debtor

Case No. 20-23076-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Dec 07, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond E. Byers, 109 Dutchtown Road, Herminie, PA 15637-1701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Maria Miksich | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Dec 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Scott R. Lowden            on behalf of Debtor Raymond E. Byers niclowlgl@comcast.net

TOTAL: 7