IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 20-23076 CMB |
| Raymond E. Byers | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |
| =============================== | : | Related to: Document No. 77 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | **ENTERED BY DEFAULT** |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

## ORDER OF COURT

AND NOW, this  8th   day of        May         , 2023, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $8,366.40, of which $8,319.00 are attorney fees and $47.40 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 10/21/2020 to 4/20/2023.

Therefore, the Application in its face amount of $4,366.40 for additional compensation for services rendered by Scott R. Lowden, Esq. as Attorney for Debtor(s) are allowed, and the total additional sum of $4,366.40 is to be paid to Scott R. Lowden, Esq as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $250.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between October 21, 2020 and April 20, 2023 in the amount of **$4,319.00** and expenses in the amount of **$47.40** for a total of **$4,366.40**. The total award of compensation for services to date, is **$8,319.00** and expenses in the amount of **$47.40** for a grand total in the amount of **$8,366.40.**

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
5/8/23 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-23076-CMB
Raymond E. Byers Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

**Recip ID     Recipient Name and Address**
db          + Raymond E. Byers, 109 Dutchtown Road, Herminie, PA 15637-1701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

**Name                Email Address**

Brian Nicholas
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com

Denise Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com

Jennifer L. Cerce
    on behalf of Creditor Norwin School District jlc@mbm-law.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 08, 2023 Form ID: pdf900 Total Noticed: 1

Roger Fay
 on behalf of Creditor Nationstar Mortgage LLC rfay@milsteadlaw.com bkecf@milsteadlaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Scott R. Lowden
 on behalf of Debtor Raymond E. Byers lowdenscott@gmail.com

TOTAL: 9

Case 20-23076-CMB    Doc 81    Filed 05/10/23    Entered 05/11/23 00:26:25    Desc Imaged
Certificate of Notice    Page 3 of 3