IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 20-23076 CMB |
| Raymond E. Byers | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Nationstar Mortgage, LLC | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Claim #1 |
| | ) | |
| Raymond E. Byers, and | ) | Related to Doc. No. 82 |
| Ronda J. Winnecour, Esq., Trustee | ) | |
| Respondent(s) | ) | |

## CONSENT ORDER

It is hereby agreed, by and among the debtors, by Scott R. Lowden, Esq., counsel for the debtors, and Ronda Winnecour, Chapter 13 Trustee as follows:

WHEREAS, a Declaration of Attorney Regarding Monthly Mortgage Payment was entered at Doc. No. 82 on October 3, 2023,

WHEREAS, debtors' counsel represents that due to a scrivener's error, the Declaration stated that, "The new post-petition monthly payment payable to Nationstar Mortgage LLC is $448.42, effective November 1, 2023, per the Notice of Mortgage Payment Change dated October 2, 2023.",

WHEREAS, the Notice of Mortgage Payment Change filed on October 2, 2023 stated that the new total payment is $488.42 effective November 1, 2023,

WHEREAS, the corrected Declaration re: Notice of Mortgage Payment Change is amended to;

I, Scott R. Lowden, Esq., Attorney for Debtor, hereby declare that I have reviewed the Debtor's existing plan, recomputed the plan payments and find that the existing payment is sufficient to fund the plan with the new monthly payment. The new post-petition monthly payment payable to Nationstar Mortgage LLC is $**488.42**, effective November 1, 2023, per the Notice of Mortgage Payment Change dated October 2, 2023.

Additionally, a Notice of Mortgage Payment Change was filed by Nationstar Mortgage LLC on October 3, 2024. Therefore, a subsequent Declaration re: Notice of Mortgage Payment Change shall be stated as;

I, Scott R. Lowden, Esq., Attorney for Debtor, hereby declare that I have reviewed the Debtor's existing plan, recomputed the plan payments and find that the existing payment is sufficient to fund the plan with the new monthly payment. The new post-petition monthly payment payable to Nationstar Mortgage LLC is $**517.73**, effective November 1, 2024, per the Notice of Mortgage Payment Change dated October 3, 2024.

So ORDERED, this ___21st___, day of _____October_____, 20_24_.

FILED
10/21/24 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
U.S. Bankruptcy Judge    **dmr**

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
Attorney for Debtor


/s/   James Warmbrodt
James Warmbrodt, Esq.
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
Attorney for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:            Case No. 20-23076-CMB

Raymond E. Byers            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Oct 21, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond E. Byers, 109 Dutchtown Road, Herminie, PA 15637-1701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 21, 2024 | Form ID: pdf900 | Total Noticed: 1

Roger Fay
    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Raymond E. Byers lowdenscott@gmail.com

TOTAL: 9