IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  20-23076 CMB |
| | : | |
| Raymond E. Byers | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Movant(s) | : | |
| Raymond E. Byers | : | Related to Document No.  92 |
| v. | : | |
| | : | |
| Harris Masonry | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12**

    I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) <u>January 9, 2026</u>

Harris Masonry
Attn: Payroll Manager
360 Presto Sygan
Bridgeville, PA 15018


EXECUTED ON:  January 9, 2026

                                                           /s/ Scott R. Lowden
                                                           Scott R. Lowden, Esq.
                                                           PA I.D. 72116
                                                           100 Heathmore Ave.
                                                           Pittsburgh, PA 15227
                                                           lowdenscott@gmail.com
                                                           (412) 292-4254