IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-23076 CMB |
| Raymond E. Byers | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |
| ============================== | : | Related to Docket No. 98 |
| Scott R. Lowden, Esquire | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

## <u>ORDER OF COURT</u>

AND NOW, this __21st Day of July__, 2026, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $11,269.88, of which $11,210.00 are attorney fees and $59.88 are costs, and that the total previously allowed Attorney's Fees and Costs were $8,366.40.  This award covers the period from 5/8/2023 to 7/1/2026.

Therefore, the Application in its face amount of $2,903.48 for additional compensation for services rendered by Scott R. Lowden, Esq. as Attorney for Debtor(s) are allowed, and the total additional sum of $2,903.48 is to be paid to Scott R. Lowden, Esq as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $250.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between May 8, 2023 and July 1, 2026 in the amount of **$2,891.00** and expenses in the amount of **$12.48** for a total of **$2,903.48**.  The total award of compensation for services to date, is **$11,210.00** and expenses in the amount of **$59.88** for a grand total in the amount of **$11,269.88.**

BY THE COURT:

_Carlota M. Böhm_                    drb
Carlota M. Böhm
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

FILED
7/21/26 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 20-23076-CMB

Raymond E. Byers                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                  Page 1 of 2

Date Rcvd: Jul 21, 2026                 Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID              Recipient Name and Address**
db                     + Raymond E. Byers, 109 Dutchtown Road, Herminie, PA 15637-1701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name                      Email Address**

Charles Griffin Wohlrab
                          on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Heather Stacey Riloff
                          on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Jennifer L. Cerce
                          on behalf of Creditor Norwin School District jlc@mbm-law.net

Matthew Fissel
                          on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com wbecf@brockandscott.com

Matthew Fissel
                          on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                     User: auto                                Page 2 of 2
Date Rcvd: Jul 21, 2026                  Form ID: pdf900                           Total Noticed: 1

Roger Fay
                    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                    on behalf of Debtor Raymond E. Byers lowdenscott@gmail.com


TOTAL: 9