**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **Raymond E. Byers**                     )
                                                 )     **Case No. 20-23076 CMB**
                                                 )
                                                 )     **Chapter 13**
                                                 )
                     **Debtor(s).**              )
——————————————————————X          Related to Docket No. 103

**STIPULATED ORDER MODIFYING PLAN**

WHEREAS, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

             a motion to dismiss case or certificate of default requesting dismissal

    ☒      a plan modification sought by:   Raymond E. Byers

             a motion to lift stay
             as to creditor   _____

    ☒      Other:       To provide for additional attorney fees to Rice & Associates Law Firm without decreasing the percentage or amount to be paid to other creditors through the plan.

WHEREAS, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ❑      Chapter 13 Plan dated   _____
    ☒      Amended Chapter 13 Plan dated        October 22, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒      Debtor(s) Plan payments shall be changed from $_____to
           $_____ per Month, effective _____; and/or the Plan term shall be

-1-

changed from 84   months to 82 months.                                            .

❑      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑      Debtor(s) shall file and serve _____ on or before _____.

❑      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒      Other:  Funding is provided for additional attorney fees to Rice & Associates Law Firm in the amount of $2,903.48 as approved by Order of Court DN 101 without decreasing the percentage or amount to be paid to other creditors through the plan.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this ___ 24th Day of July, 2026

FILED
7/24/26 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA



United States Bankruptcy Judge **drb**

Stipulated by:                                  Stipulated by:

/s/ Scott R. Lowden                          /s/ Dennis Sloan
Scott R. Lowden - Counsel to Debtor          Dennis Sloan, Esq.
PA ID 72116                                  Counsel to Chapter 13 Trustee
100 Heathmore Avenue                         600 Grant Street
Pittsburgh, PA 15227                         Suite 3250 US Steel Tower
(412) 292-4254                               Pittsburgh, PA 15219
lowdenscott@gmail.com


Stipulated by:


_____


cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Raymond E. Byers

    Debtor

Case No. 20-23076-CMB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond E. Byers, 109 Dutchtown Road, Herminie, PA 15637-1701 |
| 15314287 | + | Chevron Appalachia, LLC, 700 Cherrington Parkway, Coraopolis, PA 15108-4315 |
| 15321276 | + | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15305336 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, Suite 1400, 1617 John F. Kennedy Blvd., Philadelphia, PA 19103-1821 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:30:27 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:30:27 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2026 01:16:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 752619741 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 25 2026 01:16:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15314285 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 25 2026 01:16:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 15322043 | | Email/Text: ally@ebn.phinsolutions.com | Jul 25 2026 01:16:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15314286 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2026 01:19:16 | Chase Auto, PO Box 901076, Fort Worth, TX 76101-2076 |
| 15314288 | ^ | MEBN | Jul 25 2026 01:12:09 | KML Law Group, P.C., BNY Independence Center - Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15314289 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2026 01:30:31 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15305335 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2026 01:16:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15312084 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2026 01:16:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO BOX 619096, Dallas, TX 75261-9096 |
| 15324853 | | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2026 01:19:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf900 | Total Noticed: 16 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15314290 | *+ | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15312085 | *+ | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO BOX 619096, Dallas, TX 75261-9096 |
| 15314291 | *+ | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, Suite 1400, 1617 John F. Kennedy Blvd., Philadelphia, PA 19103-1821 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Heather Stacey Riloff | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Raymond E. Byers lowdenscott@gmail.com |

TOTAL: 9